UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIAN GONZALEZ,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant.<br>_____ | Case No.: C 11-06152 PSG<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE**<br><br>**(Re: Docket No. 2)** |

　　　　Plaintiff Julian Gonzalez ("Gonzalez") applies to proceed *in forma pauperis.* His application to proceed *in forma pauperis,* however, is incomplete.[1] In section 7 of the application, Gonzalez admits that he has a bank account with Pacific Coastal Credit Union. He fails to indicate the present balance of the account. The court therefore lack sufficient information to rule on the application.

　　　　IT IS HEREBY ORDERED that this case now be reassigned to a district judge with a

---

[1] On December 12, 2011, court staff contacted Gonzalez's counsel regarding the incomplete application. To date, an amended application has not been filed.

Case No. C 11-06152 PSG　　　　　　　　1
ORDER TO REASSIGN CASE

1  recommendation that the application be denied without prejudice.

2  Dated: 1/19/2012

3                                                           _____
4                                                           PAUL S. GREWAL
                                                            United States Magistrate Judge

ORDER TO REASSIGN CASE