1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10             SAN JOSE DIVISION

11

12  JULIAN GONZALEZ,                    )        Case No.: C 11-06152 PSG
                                        )
13                   Plaintiff,         )        **ORDER THAT CASE BE REASSIGNED**
           v.                           )        **TO A DISTRICT JUDGE**
14                                      )
    MICHAEL J. ASTRUE,                  )        **(Re: Docket No. 2)**
15  COMMISSIONER OF SOCIAL             )
    SECURITY,                           )
16                                      )
                     Defendant.         )
17  _____    )

18
19          Plaintiff Julian Gonzalez ("Gonzalez") applies to proceed *in forma pauperis.* His application

20  to proceed *in forma pauperis,* however, is incomplete.[1] In section 7 of the application, Gonzalez

    admits that he has a bank account with Pacific Coastal Credit Union. He fails to indicate the present
21
    balance of the account. The court therefore lack sufficient information to rule on the application.
22
            IT IS HEREBY ORDERED that this case now be reassigned to a district judge with a
23

24

25

26

27  _____
        [1]      On December 12, 2011, court staff contacted Gonzalez's counsel regarding the
28  incomplete application.  To date, an amended application has not been filed.

    Case No. C 11-06152 PSG                    1
    ORDER TO REASSIGN CASE

1  recommendation that the application be denied without prejudice.

2  Dated: 1/19/2012

3                                                 _____
                                                 PAUL S. GREWAL
4                                                 United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28