**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIAN GONZALES, | ) Case No.: 11-CV-06152-LHK |
| Plaintiff, | ) ORDER REFERRING MATTER FOR |
| v. | ) RELATED CASE DETERMINATION |
| MICHAEL J. ASTRUE, Commissioner of Social Security | ) |
| Defendant. | ) |

Pursuant to Civil Local Rule 3-12(c), the above captioned matter is hereby referred to the Honorable Ronald M. Whyte for a determination as to whether it is related to: *Gonzales v. Astrue*, 09-cv-01776-RMW.  Plaintiff's attorney's declaration in support of Plaintiff's motion for reconsideration of the Order denying application to proceed *in forma pauperis* (ECF No. 7) informed this Court that this action is on appeal from a remand ordered in the prior case, 09-cv-01776-RMW.

**IT IS SO ORDERED.**

Dated: February 24, 2012

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-06152-LHK
ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION