**E-FILED on** 4/20/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIAN GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner, Social Security Administration<br><br>    Defendant. | No. C-11-06152 RMW<br><br>ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>**[Re Docket Nos. 2, 7, 10]** |

Upon reviewing the record in this case, it appears to the court that there was some confusion about the status of plaintiff's application to proceed in forma pauperis and that the application should have been granted. Therefore, the court vacates its denial of the application (Dkt. No. 10) and grants the application. The clerk is hereby ordered to refund the $350 filing fee that was collected.

DATED:     April 20, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge