**E-FILED on** 4/22/13

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JULIAN Gonzales,

        Plaintiff,
  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

Case No. C-11-06152 RMW

**JUDGMENT**

On April 22, 2013 this court granted defendant's motion for summary judgment. Accordingly, the court enters judgment in favor of defendant and against plaintiff Julian Gonzales. Gonzales shall take nothing by way of his complaint.

DATED:    4/22/13                            /s/ Ronald M. Whyte

                                                                         RONALD M. WHYTE
                                                                         United States District Judge